IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00586-BNB

DANIEL BRIAN SEYMOUR,

    Plaintiff,

v.

AMBER THESHOLD, and
JASON THESHOLD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 01 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Daniel Brian Seymour is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Department of Corrections. On March 13, 2008, Plaintiff submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On March 21, 2008, Magistrate Judge Boyd N. Boland entered an Order granting the § 1915 Motion. The Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee of $8.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warned Plaintiff that if he failed to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Plaintiff now has failed either to pay the initial partial filing fee within the time allowed, as designated in the March 21, 2008, Order, or to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $8.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the March 21, 2008, Order.

DATED at Denver, Colorado, this 30 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00586-BNB

Daniel Brian Seymour
Reg. No. 125209
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on May 6, 08

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                         Deputy Clerk